# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:21-mj-00403 (RMM) |
| : | |
| LANDON KENNETH COPELAND, : | |
| : | |
| Defendant. : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its August 18, 2021 discovery letter in this case, which was served as an attachment via ECF on counsel for the defendant.

          Respectfully submitted,

          CHANNING D. PHILLIPS
          Acting United States Attorney
          DC Bar No. 415793

By:    */s/ Michael J. Romano*
      MICHAEL J. ROMANO
      Trial Attorney, Detailee
      IL Bar No. 6293658
      555 4th Street, N.W.
      Washington, D.C. 20530
      202-307-6691
      michael.romano@usdoj.gov

## CERTIFICATE OF SERVICE

On this 18th day of August, 2021, a copy of the foregoing was served on counsel for the defendant via the court's Electronic Filing System

          */s/ Michael J. Romano*
          Michael J. Romano
          Trial Attorney / Detailee



U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

August 18, 2021

Heather Shaner, Esq.
Ryan Stout, Esq.

    Re:    *United States v. Landon Kenneth Copeland*
            Case No. 1:21-cr-00403 (RMM)

Dear Counsel:

    I am writing to memorialize production of discovery in this matter. On June 8, 2021, the government provided you with discovery by way of USAfx, consisting of the following items:

- 119 files from the FBI Utah office's case file, as documented by the screen shots included below my signature;
- 86 files from the FBI Washington office's case file, as documented by the screen shots included below my signature;
- Data obtained from search warrants served on Google (one set, 33 files) and Facebook (2 sets, 28 files total);
- Two recorded calls between the defendant and Scott MacFarlane, a reporter for NBC Washington;
- Four recorded video visits between the defendant and Nate Carlisle, a reporter for Fox 13;
- Two stories about the case run by Fox 13;
- A recorded call between the defendant and his girlfriend; and
- A recording of the FBI interview of the defendant's girlfriend

    On August 17, 2021, I disclosed the following additional discovery to you through the means described below:

- Fourteen body-worn camera videos from Metropolitan Police Department officers who were on the U.S. Capitol grounds on January 6, 2021, shared through an Evidence.com download link;
- Links to footage of the defendant's conduct on January 6, 2021, as uploaded to YouTube (one video) and Twitter (one video); and
- A video file depicting the defendant's conduct on January 6, 2021, named DSC_0006.mov, shared through USAfx

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

Sincerely,

*/s/ Michael J. Romano*
Michael J. Romano
Trial Attorney / Detailee

## Files Produced from the FBI Utah Case File

| Name | Date | Type | Size |
|---|---|---|---|
| 0176-SU-3380779_0000001 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 377 KB |
| 0176-SU-3380779_0000001_1A0000001_0000001 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 300 KB |
| 0176-SU-3380779_0000001_1A0000001_0000002 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 43 KB |
| 0176-SU-3380779_0000001_1A0000001_0000003 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 616 KB |
| 0176-SU-3380779_0000001_1A0000001_0000004 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 794 KB |
| 0176-SU-3380779_0000001_1A0000002_0000001 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 62 KB |
| 0176-SU-3380779_0000001_1A0000002_0000002 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 87 KB |
| 0176-SU-3380779_0000001_1A0000002_0000003 | 5/19/2021 1:55 PM | JPG File | 4 KB |
| 0176-SU-3380779_0000001_1A0000002_0000004 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 142 KB |
| 0176-SU-3380779_0000001_1A0000002_0000005 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 58 KB |
| 0176-SU-3380779_0000001_1A0000002_0000006 | 5/19/2021 1:55 PM | JPG File | 4 KB |
| 0176-SU-3380779_0000001_1A0000002_0000007 | 5/19/2021 1:55 PM | JPG File | 15 KB |
| 0176-SU-3380779_0000001_1A0000002_0000008 | 5/19/2021 1:55 PM | Rich Text Format | 10,058 KB |
| 0176-SU-3380779_0000001_1A0000002_0000009 | 5/19/2021 1:55 PM | BMP File | 3,246 KB |
| 0176-SU-3380779_0000001_1A0000002_0000010 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 204 KB |
| 0176-SU-3380779_0000002 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 4,153 KB |
| 0176-SU-3380779_0000002_1A0006366_0000001 | 5/19/2021 1:55 PM | PNG File | 1,271 KB |
| 0176-SU-3380779_0000002_1A0006366_0000002 | 5/19/2021 1:55 PM | PNG File | 1,666 KB |
| 0176-SU-3380779_0000002_1A0006366_0000003 | 5/19/2021 1:55 PM | JPG File | 1,052 KB |
| 0176-SU-3380779_0000002_1A0006366_0000004 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 284 KB |
| 0176-SU-3380779_0000002_1A0006366_0000005 | 5/19/2021 1:55 PM | PNG File | 413 KB |
| 0176-SU-3380779_0000002_1A0006366_0000006 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 336 KB |
| 0176-SU-3380779_0000002_1A0006366_0000007 | 5/19/2021 1:55 PM | PNG File | 1,646 KB |
| 0176-SU-3380779_0000002_1A0006366_0000008 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 304 KB |
| 0176-SU-3380779_0000002_1A0006366_0000009 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 287 KB |
| 0176-SU-3380779_0000002_1A0006366_0000010 | 5/19/2021 1:55 PM | PNG File | 1,519 KB |
| 0176-SU-3380779_0000003 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 12,184 KB |
| 0176-SU-3380779_0000003_1A0000005_0000001 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 241 KB |
| 0176-SU-3380779_0000003_1A0000006_0000001 | 5/19/2021 1:55 PM | PNG File | 3,437 KB |
| 0176-SU-3380779_0000003_1A0000007_0000001 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 698 KB |
| 0176-SU-3380779_0000003_1A0000008_0000001 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 220 KB |
| 0176-SU-3380779_0000003_1A0000008_0000002 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 290 KB |
| 0176-SU-3380779_0000003_1A0000009_0000001 | 5/19/2021 1:55 PM | Microsoft Word Doc... | 612 KB |
| 0176-SU-3380779_0000003_Import | 5/19/2021 1:55 PM | Microsoft Word Doc... | 11,876 KB |
| 0176-SU-3380779_0000004_1A0000003_0000001 | 5/19/2021 1:55 PM | PNG File | 503 KB |
| 0176-SU-3380779_0000004_1A0000004_0000001_Redacted | 6/7/2021 2:04 PM | Adobe Acrobat Docu... | 670 KB |
| 0176-SU-3380779_0000004_Redacted | 6/7/2021 2:00 PM | Adobe Acrobat Docu... | 127 KB |
| 0176-SU-3380779_0000005 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 371 KB |
| 0176-SU-3380779_0000005_1A0000003_0000001 | 5/19/2021 1:55 PM | Microsoft Word Doc... | 2,342 KB |
| 0176-SU-3380779_0000006_Redacted | 6/7/2021 2:05 PM | Adobe Acrobat Docu... | 119 KB |
| 0176-SU-3380779_0000007 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 372 KB |
| 0176-SU-3380779_0000008_Redacted | 6/7/2021 2:07 PM | Adobe Acrobat Docu... | 104 KB |
| 0176-SU-3380779_0000009_Redacted | 6/7/2021 4:51 PM | Adobe Acrobat Docu... | 122 KB |
| 0176-SU-3380779_0000010 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 374 KB |
| 0176-SU-3380779_0000010_1A0000004_0000001 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 726 KB |
| 0176-SU-3380779_0000010_1A0000004_0000002 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 724 KB |
| 0176-SU-3380779_0000011 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 411 KB |
| 0176-SU-3380779_0000012 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 493 KB |
| 0176-SU-3380779_0000012_1A0000005_0000001 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 200 KB |
| 0176-SU-3380779_0000013 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 371 KB |

| File | Date | Type | Size |
|---|---|---|---|
| 0176-SU-3380779_0000013_1A0000006_0000001 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 32 KB |
| 0176-SU-3380779_0000013_1A0000006_0000002 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 416 KB |
| 0176-SU-3380779_0000013_1A0000006_0000003 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 160 KB |
| 0176-SU-3380779_0000013_1A0000006_0000004 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 166 KB |
| 0176-SU-3380779_0000013_1A0000006_0000005 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 31 KB |
| 0176-SU-3380779_0000013_1A0000006_0000006 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 30 KB |
| 0176-SU-3380779_0000013_1A0000006_0000007 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 172 KB |
| 0176-SU-3380779_0000014 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 375 KB |
| 0176-SU-3380779_0000014_1A0000007_0000001 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 2,934 KB |
| 0176-SU-3380779_0000014_1A0000007_0000002 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 1,417 KB |
| 0176-SU-3380779_0000014_1A0000007_0000003 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 2,472 KB |
| 0176-SU-3380779_0000014_1A0000007_0000004 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 2,899 KB |
| 0176-SU-3380779_0000015_1A0000008_0000001 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 179 KB |
| 0176-SU-3380779_0000015_1A0000008_0000002 | 5/19/2021 1:55 PM | JPG File | 3,631 KB |
| 0176-SU-3380779_0000015_1A0000008_0000003 | 5/19/2021 1:55 PM | JPG File | 3,572 KB |
| 0176-SU-3380779_0000015_1A0000008_0000004 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 1,334 KB |
| 0176-SU-3380779_0000015_1A0000008_0000005 | 5/19/2021 1:55 PM | JPG File | 3,416 KB |
| 0176-SU-3380779_0000015_1A0000008_0000006 | 5/19/2021 1:55 PM | JPG File | 3,066 KB |
| 0176-SU-3380779_0000015_1A0000008_0000007 | 5/19/2021 1:55 PM | JPG File | 3,691 KB |
| 0176-SU-3380779_0000015_1A0000008_0000008 | 5/19/2021 1:55 PM | JPG File | 3,492 KB |
| 0176-SU-3380779_0000015_Redacted | 6/7/2021 2:13 PM | Adobe Acrobat Docu... | 150 KB |
| 0176-SU-3380779_0000016 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 409 KB |
| 0176-SU-3380779_0000017_1A0000001_0000001_Redacted | 6/7/2021 2:15 PM | Adobe Acrobat Docu... | 111 KB |
| 0176-SU-3380779_0000017_Redacted | 6/7/2021 2:14 PM | Adobe Acrobat Docu... | 136 KB |
| 0176-SU-3380779_0000018 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 371 KB |
| 0176-SU-3380779_0000018_1A0000009_0000001 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 6,811 KB |
| 0176-SU-3380779_0000018_1A0000009_0000002 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 84 KB |
| 0176-SU-3380779_0000019 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 2,360 KB |
| 0176-SU-3380779_0000019_Import | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 2,117 KB |
| 0176-SU-3380779_0000020 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 371 KB |
| 0176-SU-3380779_0000020_1A0000010_0000001_PHYSICAL | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 2 KB |
| 0176-SU-3380779_0000021 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 375 KB |
| 0176-SU-3380779_0000021_1A0000011_0000001 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 222 KB |
| 0176-SU-3380779_0000021_1A0000011_0000002 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 625 KB |
| 0176-SU-3380779_0000021_1A0000011_0000003 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 336 KB |
| 0176-SU-3380779_0000021_1A0000011_0000004 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 322 KB |
| 0176-SU-3380779_0000021_1A0000011_0000005 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 336 KB |
| 0176-SU-3380779_0000022 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 376 KB |
| 0176-SU-3380779_0000022_1A0000012_0000001 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 405 KB |
| 0176-SU-3380779_0000023 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 376 KB |
| 0176-SU-3380779_0000023_1A0000013_0000001 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 824 KB |
| 0176-SU-3380779_0000023_1A0000013_0000002 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 406 KB |

| File | Date | Type | Size |
|---|---|---|---|
| 0176-SU-3380779_0000023_1A0000013_0000003 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 900 KB |
| 0176-SU-3380779_0000023_1A0000013_0000004 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 84 KB |
| 0176-SU-3380779_0000023_1A0000013_0000005 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 1,794 KB |
| 0176-SU-3380779_0000024 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 376 KB |
| 0176-SU-3380779_0000024_1A0000014_0000001 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 81 KB |
| 0176-SU-3380779_0000025 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 7,632 KB |
| 0176-SU-3380779_0000025_Import | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 7,303 KB |
| 0176-SU-3380779_0000026 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 350 KB |
| 0176-SU-3380779_0000026_1A0000015_0000001 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 81 KB |
| 0176-SU-3380779_0000026_1A0000015_0000002 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 197 KB |
| 0176-SU-3380779_0000027 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 374 KB |
| 0176-SU-3380779_0000027_1A0000016_0000001 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 790 KB |
| 0176-SU-3380779_0000027_1A0000016_0000002 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 1,175 KB |
| 0176-SU-3380779_0000028 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 373 KB |
| 0176-SU-3380779_0000028_1A0000017_0000001 | 5/19/2021 1:55 PM | Microsoft Excel Com... | 24 KB |
| 0176-SU-3380779_0000028_1A0000017_0000002 | 5/19/2021 1:55 PM | Microsoft Excel Com... | 1 KB |
| 0176-SU-3380779_0000028_1A0000017_0000003 | 5/19/2021 1:55 PM | Microsoft Excel Com... | 299 KB |
| 0176-SU-3380779_0000028_1A0000017_0000004 | 5/19/2021 1:55 PM | Microsoft Excel Com... | 1 KB |
| 0176-SU-3380779_0000028_1A0000017_0000005 | 5/19/2021 1:55 PM | Microsoft Excel Com... | 368 KB |
| 0176-SU-3380779_0000028_1A0000017_0000006 | 5/19/2021 1:55 PM | Microsoft Excel Com... | 27 KB |
| 0176-SU-3380779_0000029 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 376 KB |
| 0176-SU-3380779_0000030 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 384 KB |
| 0176-SU-3380779_0000030_1A0000309_0000001 | 5/19/2021 1:55 PM | Microsoft Word Doc... | 49 KB |
| 0176-SU-3380779_0000030_1A0000310_0000001 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 81 KB |
| 0176-SU-3380779_0000030_1A0000310_0000002 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 701 KB |
| 0176-SU-3380779_0000030_1A0000310_0000003 | 5/19/2021 1:55 PM | JPG File | 121 KB |
| 0176-SU-3380779_0000030_1A0000310_0000004 | 5/19/2021 1:55 PM | Adobe Acrobat Docu... | 4 KB |

## Files Produced from the FBI Washington Case File

| Name | Date | Type | Size |
|---|---|---|---|
| 089B-WF-3377276_0000001_Redacted | 6/7/2021 2:17 PM | Adobe Acrobat Docu… | 102 KB |
| 089B-WF-3377276_0000002_1A0005447_0000002 | 5/21/2021 9:40 AM | PNG File | 362 KB |
| 089B-WF-3377276_0000002_1A0005447_0000003 | 5/21/2021 9:40 AM | PNG File | 62 KB |
| 089B-WF-3377276_0000002_1A0005447_0000004 | 5/21/2021 9:40 AM | PNG File | 325 KB |
| 089B-WF-3377276_0000002_1A0005447_0000005 | 5/21/2021 9:40 AM | PNG File | 914 KB |
| 089B-WF-3377276_0000002_1A0005447_0000006 | 5/21/2021 9:40 AM | PNG File | 732 KB |
| 089B-WF-3377276_0000002_1A0005447_0000007 | 5/21/2021 9:40 AM | PNG File | 421 KB |
| 089B-WF-3377276_0000002_1A0005447_0000008 | 5/21/2021 9:40 AM | PNG File | 341 KB |
| 089B-WF-3377276_0000002_1A0005447_0000009 | 5/21/2021 9:40 AM | PNG File | 552 KB |
| 089B-WF-3377276_0000002_Redacted | 6/7/2021 2:22 PM | Adobe Acrobat Docu… | 117 KB |
| 089B-WF-3377276_0000004_1A0000011_0000002 | 5/21/2021 9:40 AM | JPG File | 20 KB |
| 089B-WF-3377276_0000004_Import_Redacted | 6/7/2021 3:24 PM | Adobe Acrobat Docu… | 76 KB |
| 089B-WF-3377276_0000004_Redacted | 6/7/2021 3:25 PM | Adobe Acrobat Docu… | 112 KB |
| 089B-WF-3377276_0000005_1A0000010_0000002 | 5/21/2021 9:40 AM | JFIF File | 29 KB |
| 089B-WF-3377276_0000005_Import_Redacted | 6/7/2021 3:21 PM | Adobe Acrobat Docu… | 82 KB |
| 089B-WF-3377276_0000005_Redacted | 6/7/2021 3:21 PM | Adobe Acrobat Docu… | 350 KB |
| 089B-WF-3377276_0000006 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 12,184 KB |
| 089B-WF-3377276_0000006_1A0000005_0000001 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 241 KB |
| 089B-WF-3377276_0000006_1A0000006_0000001 | 5/21/2021 9:40 AM | PNG File | 3,437 KB |
| 089B-WF-3377276_0000006_1A0000007_0000001 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 698 KB |
| 089B-WF-3377276_0000006_1A0000008_0000001 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 220 KB |
| 089B-WF-3377276_0000006_1A0000008_0000002 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 290 KB |
| 089B-WF-3377276_0000006_1A0000009_0000001 | 5/21/2021 9:40 AM | Microsoft Word Doc… | 612 KB |
| 089B-WF-3377276_0000006_Import | 5/21/2021 9:40 AM | Microsoft Word Doc… | 11,876 KB |
| 089B-WF-3377276_0000007_1A0000003_0000001 | 5/21/2021 9:40 AM | PNG File | 503 KB |
| 089B-WF-3377276_0000007_1A0000004_0000001 | 6/7/2021 2:04 PM | Adobe Acrobat Docu… | 670 KB |
| 089B-WF-3377276_0000007_Redacted | 6/7/2021 3:12 PM | Adobe Acrobat Docu… | 126 KB |
| 089B-WF-3377276_0000009 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 350 KB |
| 089B-WF-3377276_0000009_1A0000002_0000001 | 5/21/2021 9:40 AM | Microsoft Word Doc… | 8,089 KB |
| 089B-WF-3377276_0000010_Redacted | 6/7/2021 2:49 PM | Adobe Acrobat Docu… | 104 KB |
| 089B-WF-3377276_0000011_1A0000001_0000001 | 5/21/2021 9:40 AM | PNG File | 292 KB |
| 089B-WF-3377276_0000011_1A0000001_0000002 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 854 KB |
| 089B-WF-3377276_0000011_Redacted | 6/7/2021 2:48 PM | Adobe Acrobat Docu… | 103 KB |
| 089B-WF-3377276_0000012_Redacted | 6/7/2021 2:47 PM | Adobe Acrobat Docu… | 100 KB |
| 089B-WF-3377276_0000013_Redacted | 6/7/2021 2:46 PM | Adobe Acrobat Docu… | 100 KB |
| 089B-WF-3377276_0000014_Redacted | 6/7/2021 2:44 PM | Adobe Acrobat Docu… | 100 KB |
| 089B-WF-3377276_0000015 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 373 KB |
| 089B-WF-3377276_0000016 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 375 KB |
| 089B-WF-3377276_0000017 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 351 KB |
| 089B-WF-3377276_0000017_1A0000001_0000001 | 5/21/2021 9:40 AM | Outlook Item | 66 KB |
| 089B-WF-3377276_0000018 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 351 KB |
| 089B-WF-3377276_0000018_1A0000002_0000001 | 5/21/2021 9:40 AM | PNG File | 56 KB |
| 089B-WF-3377276_0000019 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 351 KB |
| 089B-WF-3377276_0000019_1A0000003_0000001_Redacted | 6/7/2021 2:45 PM | Adobe Acrobat Docu… | 299 KB |
| 089B-WF-3377276_0000020 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 352 KB |
| 089B-WF-3377276_0000020_1A0000004_0000001 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 1,417 KB |
| 089B-WF-3377276_0000020_1A0000004_0000002 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 2,934 KB |
| 089B-WF-3377276_0000021 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 350 KB |
| 089B-WF-3377276_0000021_1A0000005_0000001 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 2,899 KB |
| 089B-WF-3377276_0000021_1A0000005_0000002 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 2,472 KB |

| Name | Date | Type | Size |
|---|---|---|---|
| 089B-WF-3377276_0000022_1A0000001_0000001_Redacted | 6/7/2021 2:40 PM | Adobe Acrobat Docu… | 110 KB |
| 089B-WF-3377276_0000022_Redacted | 6/7/2021 2:41 PM | Adobe Acrobat Docu… | 136 KB |
| 089B-WF-3377276_0000023 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 351 KB |
| 089B-WF-3377276_0000023_1A0000006_0000001 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 2,740 KB |
| 089B-WF-3377276_0000023_1A0000006_0000002 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 1,336 KB |
| 089B-WF-3377276_0000024 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 351 KB |
| 089B-WF-3377276_0000024_1A0000007_0000001 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 2,730 KB |
| 089B-WF-3377276_0000024_1A0000007_0000002 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 2,411 KB |
| 089B-WF-3377276_0000025 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 374 KB |
| 089B-WF-3377276_0000025_1A0000008_0000001_PHYSICAL | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 2 KB |
| 089B-WF-3377276_0000025_1A0000009_0000001_PHYSICAL | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 2 KB |
| 089B-WF-3377276_0000026 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 376 KB |
| 089B-WF-3377276_0000026_1A0000010_0000001 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 322 KB |
| 089B-WF-3377276_0000027 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 350 KB |
| 089B-WF-3377276_0000027_1A0000011_0000001 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 505 KB |
| 089B-WF-3377276_0000028 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 374 KB |
| 089B-WF-3377276_0000028_1A0000012_0000001 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 459 KB |
| 089B-WF-3377276_0000029 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 398 KB |
| 089B-WF-3377276_0000029_1A0000013_0000001 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 1,805 KB |
| 089B-WF-3377276_0000029_1A0000013_0000002 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 853 KB |
| 089B-WF-3377276_0000029_1A0000013_0000003 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 116 KB |
| 089B-WF-3377276_0000029_1A0000013_0000004 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 557 KB |
| 089B-WF-3377276_0000029_1A0000014_0000001 | 5/21/2021 9:40 AM | JPG File | 293 KB |
| 089B-WF-3377276_0000030 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 397 KB |
| 089B-WF-3377276_0000030_1A0000015_0000001 | 5/21/2021 9:40 AM | HTML Document | 31 KB |
| 089B-WF-3377276_0000030_1A0000015_0000002 | 5/21/2021 9:40 AM | HTML Document | 31 KB |
| 089B-WF-3377276_0000030_1A0000015_0000003 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 824 KB |
| 089B-WF-3377276_0000030_1A0000015_0000004 | 5/21/2021 9:40 AM | HTML Document | 21 KB |
| 089B-WF-3377276_0000030_1A0000015_0000005 | 5/21/2021 9:40 AM | HTML Document | 21 KB |
| 089B-WF-3377276_0000030_1A0000015_0000006 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 84 KB |
| 089B-WF-3377276_0000030_1A0000015_0000007 | 5/21/2021 9:40 AM | JPG File | 38 KB |
| 089B-WF-3377276_0000030_1A0000015_0000008 | 5/21/2021 9:40 AM | HTML Document | 32 KB |
| 089B-WF-3377276_0000030_1A0000015_0000009 | 5/21/2021 9:40 AM | HTML Document | 21 KB |
| 089B-WF-3377276_0000031 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 352 KB |
| 089B-WF-3377276_0000032 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 351 KB |
| 089B-WF-3377276_0000032_1A0000016_0000001 | 5/21/2021 9:40 AM | Adobe Acrobat Docu… | 1,004 KB |